DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALDORA ALUMINUM & GLASS PRODUCTS, INC.,**
Appellant,

v.

**SUN CAPITAL PARTNERS, INC., TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC,** and **AGC FLAT GLASS NORTH AMERICA, INC.,**
Appellees.

No. 4D21-1614

[June 23, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE16-005356.

George M. Vinci, Jr. and Karen Rich of Spector Gadon Rosen Vinci LLP, St. Petersburg, for appellant.

Steven J. Rothman and James C. Gavigan, Jr. of Jones Foster P.A., West Palm Beach, for appellee AGC Flat Glass North America, Inc.

PER CURIAM.

*Affirmed.*

WARNER, FORST and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***